UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

11 AUG -2 PM 3: 27

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>ADAN GUERRA (1),<br><br>                    Defendant. | CASE NO. 11CR2691-BEN<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_  an indictment has been filed in case #11CR3232-BEN against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Information:

    21:952 AND 960; 18:2

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: JULY 26, 2011

                                BERNARD G. SKOMAL
                                UNITED STATES MAGISTRATE JUDGE